| PROB 22 (TXN Rev. 5/05) | | CASE NUMBER(TRANS.COURT) 4:01-CR-077-A(01) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CASE NUMBER (REC.COURT) |

FILED 2007 AUG 17 A 8:59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ramon Escobedo, Jr. | Northern District of Texas | Fort Worth |
| | NAME OF SENTENCING JUDGE | |
| | U.S. District Judge John McBryde | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/26/06 | TO 1/25/10 |

**OFFENSE**
21 USC § 841(a)(1) & (b)(1)(B), Possession With Intent to Distribute More Than 100 Kilograms of a Mixture and Substance Containing , a Schedule I Controlled Substance

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **TEXAS**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/3/07
Date                                                              U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF **CALIFORNIA, SAN JOSE DIVISION**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DOCUMENT NO. 1
DISTRICT COURT
CRIMINAL CASE PROCESSING

8/14/07
Date Signed                                                Ronald M. Whyte
                                                            U.S. District Judge