# United States District Court
## Northern District of Texas
## Office of the Clerk

*Karen Mitchell,*  
*Clerk of Court*

*501 West 10th Street Room 310*  
*Fort Worth, TX 76102-3673*

September 10, 2007

United States District Clerk's Office

2112 Robert F. Peckham Federal
Bldg and United States Courthouse
280 South First Street
San Jose, CA 95113-3002

SEP 17 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SUBJECT: USA Vs Ramon Escobedo, Jr          NDTX # 4:01-CR-077-A(01)

Dear Clerk;

Pursuant to the Transfer of Jurisdiction of the above named defendant, **Ramon Escobedo Jr** to the **Northern District of California, San Jose Division** please find the enclosed certified copies of the transfer of jurisdiction order, indictment/Information, judgment, and docket report.

Please acknowledge receipt of the above on the enclosed copy of this letter to be returned to this office in the envelope also provided.

Sincerely,
KAREN MITCHELL
*Clerk of Court*

BY: _____
Deputy Clerk

Enclosures:

cc:   US Probation

    US Attorney's Office

PROB 22
(TXN Rev. 5/05)

# TRANSFER OF JURISDICTION

| | | CASE NUMBER (TRANS.COURT) |
|---|---|---|
| | | 4:01-CR-077-A(01) |
| | | CASE NUMBER (REC.COURT) |
| | | 0971/5:07CR00546-01 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ramon Escobedo, Jr. | Northern District of Texas | Fort Worth |
| | NAME OF SENTENCING JUDGE | |
| | U.S. District Judge John McBryde | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 1/26/06 | TO 1/25/10 |

OFFENSE

21 USC § 841(a)(1) & (b)(1)(B), Possession With Intent to Distribute More Than 100 Kilograms of a Mixture and Substance Containing , a Schedule I Controlled Substance

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **TEXAS**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/3/07
Date

_____
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF **CALIFORNIA, SAN JOSE DIVISION**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 0 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

9/14/07
Date Signed

_____
U.S. District Judge

Certified a true copy of an instrument
on file in my office on Sept 12 07
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

**REDACTED**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 5 2001

CLERK, U.S. DISTRICT COURT
By _____ Deputy

# United States District Court
Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Case Number: 4:01-CR-077-A (01) |
| RAMON ESCOBEDO, JR. | § | |

## JUDGMENT IN A CRIMINAL CASE

The government was represented by Assistant United States Attorney J. Michael Worley. The defendant was represented by Curtis D. Glover.

The defendant pleaded guilty to count 1 of the indictment filed on April 18, 2001.
Accordingly, the court ORDERS that the defendant be, and is hereby, adjudged guilty of such count involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1)(B) | POSSESSION WITH INTENT TO DISTRIBUTE MORE THAN 100 KILOGRAMS OF A MIXTURE AND SUBSTANCE CONTAINING MARIJUANA, A SCHEDULE I CONTROLLED SUBSTANCE | March 21, 2001 | 1 |

As pronounced and imposed on August 31, 2001, the defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

The court ORDERS that the defendant immediately pay to the United States, through the Clerk of this Court, a special assessment of $ 100.00.

The court further ORDERS that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence address, or mailing address, as set forth below, until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court, through the clerk of this court, and the Attorney General, through the United States Attorney for this district, of any material change in the defendant's economic circumstances.

1

Certified a true copy of an instrument on file in my office on Sept 10, 07
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

## IMPRISONMENT

The court further ORDERS that the defendant be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 66 months.

The court recommends that defendant be allowed to participate in the 500 hour Comprehensive Substance Abuse Treatment Program.

The defendant is remanded to the custody of the United States Marshal.

## SUPERVISED RELEASE

The court further ORDERS that, upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years, and that while on supervised release:

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not unlawfully possess a controlled substance.

3. The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and all other intoxicants during and after completion of treatment. It is ordered that the defendant contribute to the costs of services rendered at the rate of at least $10 per month.

4. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer pursuant to the mandatory drug testing provision of the 1994 crime bill.

5. The defendant shall also comply with the Standard Conditions of Supervision as hereinafter set forth.

### Standard Conditions of Supervision

1. The defendant shall report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

3. The defendant shall provide to the U.S. Probation Officer any requested financial information.

4. The defendant shall not leave the judicial district without the permission of the Court or U.S. Probation Officer.

5. The defendant shall report to the U.S. Probation Officer as directed by the court or U.S. Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month.

6. The defendant shall answer truthfully all inquiries by the U.S. Probation Officer and follow the instructions of the U.S. Probation Officer.

7. The defendant shall support his or her dependents and meet other family responsibilities.

8. The defendant shall work regularly at a lawful occupation unless excused by the U.S. Probation Officer for schooling, training, or other acceptable reasons.

9. The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment.

10. The defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

11. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Officer.

13. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the U.S. Probation Officer.

14. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

15. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

The court hereby directs the probation officer to provide defendant with a written statement that sets forth all the conditions to which the term of supervised release is subject, as contemplated and required by Title 18 United States Code section 3583(f).

## FINE

The court did not order a fine because the defendant does not have the financial resource or future earning capacity to pay a fine.

## STATEMENT OF REASONS

The court adopts as the fact findings of the court the facts set fourth in the Presentence Report, as modified or supplemented by any facts set fourth in any Addendum and any fact found by the court during the sentencing hearing; and, the court adopts as the conclusions of the court all conclusions expressed in the Presentence Report, as modified or supplemented by any conclusions expressed in any Addendum and any conclusions expressed by the court during the sentencing hearing.

Guideline Range Determined by the Court:

    Total Offense Level:  23

    Criminal History Category:   III

    Imprisonment Range: 60 to 71 months.

    Supervised Release Range:  4 to 5 years

    Fine Range:    $ 10,000 to $ 2,000,000


The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

Signed this the __5__ day of September, 2001 .

                                          JOHN McBRYDE
                                          UNITED STATES DISTRICT JUDGE

Defendant's Residence Address:
5453 Ridge Street, Apartment C-1
El Paso, Texas 79932

Defendants's Mailing Address:
Federal Medical Center - Jail Unit
3150 Horton Road
Fort Worth, Texas 76119

Defendant's USM No: 26939-177
Defendant's SSN:
Defendant's Date of Birth:

4

RETURN

I have executed the imprisonment part of this Judgment as follows:
_____
_____

Defendant delivered on_____, 200__ to_____at___
_____, with a certified copy of this Judgment.


        Dub Bransom
        United States Marshal for the
        Northern District of Texas


        By _____
            Deputy United States Marshal

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

**UNITED STATES OF AMERICA**

vs.    CRIMINAL NO. 4:01-CR-077-A

**RAMON ESCOBEDO, JR.**    (1)

The Grand Jury charges:

## COUNT 1

On or about March 21, 2001, in the Fort Worth Division of the Northern District of Texas, the defendant, **RAMON ESCOBEDO, JR.**, did unlawfully and knowingly possess with intent to distribute approximately 200 kilograms of a mixture and substance containing a detectable amount of Marihuana, a Schedule I, Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)

A TRUE BILL.

REDACTED

FOREMAN

RICHARD H. STEPHENS
UNITED STATES ATTORNEY

J. Michael Worley
Assistant United States Attorney
SBOT #22001400
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5227
Facsimile: 817-978-3094

INDICTMENT - PAGE 1

Certified a true copy of an instrument on file in my office on _____
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

No.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.

RAMON ESCOBEDO, JR.

---

INDICTMENT

21 USC 841(a)(1)&(b)(1)(B)

Possess with Intent to Distribute Marihuana

(1 COUNT)

---

A true bill,

_____
FORT WORKER                        REDACTED

Filed in open court this 18th day of April, A.D. 2001.

_____
                                    CLERK
UNITED STATES MAGISTRATE JUDGE

Magistrate Complaint Pending 4:01-064-MJ
DEFENDANT IN CUSTODY

CLOSED

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: 4:01-cr-00077 All Defendants
### Internal Use Only

Case title: USA v. Escobedo  
Magistrate judge case number: 4:01-mj-00064

Date Filed: 04/18/2001  
Date Terminated: 09/05/2001

Assigned to: John McBryde

Appeals court case number: 01-11172

### Defendant

**Ramon Escobedo, Jr (1)**  
*TERMINATED: 09/05/2001*

represented by **Ramon Escobedo, Jr**  
#26939-177  
FCI LaTuna  
PO Box 1000  
Anthony, NM 88021  
PRO SE

**Curtis D Glover**  
Law Office of Curtis D Glover  
4144 N Central Expwy  
Suite 250  
Dallas, TX 75204  
214/821-1919  
Fax: 214/821-2890 FAX  
Email: curtisdrenenglover@yahoo.com  
*TERMINATED: 09/05/2001*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

### Pending Counts

21:841(a)(1) & (b)(1)(B) - POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA  
(1)

### Disposition

Deft is committed to the custody of the USBOP for a term of 66 months; The court recommends that deft be allowed to participate in the 500 hour Comprehensive Substance Abuse Treatment Program; deft is remanded to the custody of the USM; S/R 4yrs; MSA $100 (Spec)

Certified a true copy of an instrument on file in my office on Sept. 10, 07  
Clerk, U.S. District Court,  
Northern District of Texas  
By _____ Deputy

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA                                       represented by   **J Michael Worley**
                                                             US Attorney's Office
                                                             Burnett Plaza
                                                             801 Cherry St
                                                             Suite 1700
                                                             Fort Worth, TX 76102-6882
                                                             817/252-5227
                                                             Fax: 817/978-6381 FAX
                                                             Email: mike.worley@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2001 | 1 | COMPLAINT as to Ramon Escobedo Jr [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |
| 03/22/2001 | | (Court only) **Added Government Attorney J Michael Worley [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |
| 03/22/2001 | 2 | MOTION by USA as to Ramon Escobedo Jr for Pretrial detention (2) [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |
| 03/22/2001 | 3 | Minute entry as to Ramon Escobedo Jr: Initial appearance Held before Magistrate Judge Charles Bleil Court Reporter: Tape 4833 ; AUSA Worley, FPD Peter Fleury present; deft. arrested 3/22/01; Prel. exam. set 3/27/01 at 10 am; detn. hearing set 3/27/01 at 10 am; deft. remanded to custody (1) [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |

| | | |
|---|---|---|
| 03/22/2001 | | ARREST of Ramon Escobedo Jr [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |
| 03/22/2001 | | Initial appearance as to Ramon Escobedo Jr held (Defendant informed of rights.) [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |
| 03/22/2001 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Ramon Escobedo Jr (1) [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |
| 03/22/2001 | 5 | ORDER Appointing Federal Public Defender for Ramon Escobedo Jr cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |
| 03/22/2001 | 6 | ORDER OF Temporary DETENTION pending Hearing as to Ramon Escobedo Jr Detention Hearing set for 10:00 3/27/01 for Ramon Escobedo Jr cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |
| 03/22/2001 | 7 | ORDER fixing dates as to Ramon Escobedo Jr Preliminary Examination set for 10:00 3/27/01 for Ramon Escobedo Jr ; Detention Hearing set for 10:00 3/27/01 for Ramon Escobedo Jr cc: al Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) [ 4:01-m -64 ] (pdm) (Entered: 03/23/2001) |
| 03/27/2001 | 8 | Minute entry as to Ramon Escobedo Jr: ; Held before Magistrate Judge Charles Bleil Court Reporter: Tape 4833 PRELIMINARY AND DETENTION HEARING; AUSA Mike Worley and FPD Fleury present; deft appeared w/cnsl; hearing contd. to Mar 30 10am; deft remanded. [ 4:01-m -64 ] (wrb) (Entered: 03/27/2001) |
| 03/27/2001 | | Detention hearing as to Ramon Escobedo Jr held [ 4:01-m -64 ] (wrb) (Entered: 03/27/2001) |
| 03/27/2001 | | Detention hearing as to Ramon Escobedo Jr cont to 10:00 3/30/01 for Ramon Escobedo Jr [ 4:01-m -64 ] (wrb) (Entered: 03/27/2001) |
| 03/30/2001 | 9 | Minute entry as to Ramon Escobedo Jr: ; Held before Magistrate Judge Charles Bleil Court Reporter: Tape 4834 PRELIMINARY AND DETENTION HEARING; AUSA Worley and retained atty Curtis Glover present; deft appeared w/cnsl; govt witness Fitch testified; deft sworn and testified; one env of deft's exhs admitted; order of dtn pending trial entd; deft remanded. [ 4:01-m -64 ] (wrb) (Entered: 04/02/2001) |
| 03/30/2001 | | Preliminary Examination as to Ramon Escobedo Jr held [ 4:01-m -64 ] (wrb) (Entered: 04/02/2001) |
| 03/30/2001 | | Detention hearing as to Ramon Escobedo Jr held [ 4:01-m -64 ] (wrb) (Entered: 04/02/2001) |
| 03/30/2001 | 10 | Entry of Appearance for Ramon Escobedo Jr by Attorney Curtis D Glover (1pg) [ 4:01-m -64 ] (wrb) (Entered: 04/02/2001) |
| 03/30/2001 | 11 | ORDER OF DETENTION PENDING TRIAL as to Ramon Escobedo Jr granting [2-1] motion for Pretrial detention as to Ramon Escobedo (1) cc: all |

| | | |
|---|---|---|
| | | Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) [ 4:01-m -64 ] (wrb) (Entered: 04/02/2001) |
| 04/03/2001 | 12 | MOTION by Ramon Escobedo Jr for Peter Fleury, FPD to withdraw as attorney of record and Brief (2pg) [ 4:01-m -64 ] (wrb) (Entered: 04/03/2001) |
| 04/03/2001 | 13 | ORDER as to Ramon Escobedo Jr granting [12-1] motion for Peter Fleury, FPD to withdraw as attorney of record (Terminated attorney Peter Michael Fleury for Ramon Escobedo as to Ramon Escobedo (1) cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) [ 4:01-m -64 ] (wrb) (Entered: 04/03/2001) |
| 04/18/2001 | 14 | INDICTMENT as to Ramon Escobedo (1) count(s) 1 (2pgs) (geb) (Entered: 04/19/2001) |
| 04/18/2001 | | (Court only) **Added Government Attorney J Michael Worley (geb) (Entered: 04/19/2001) |
| 04/19/2001 | 15 | ORDER as to Ramon Escobedo Jr set Arraignment for 9:00 4/27/01 for Ramon Escobedo Jr cc: 4.20.01 Page(s): 1 ( Signed by Judge John McBryde ) (mjw) (Entered: 04/20/2001) |
| 04/27/2001 | | Arraignment as to Ramon Escobedo Jr held (mjw) (Entered: 04/30/2001) |
| 04/27/2001 | | PLEA of Not Guilty by Ramon Escobedo (1) count(s) 1 ; Court accepts plea. (mjw) (Entered: 04/30/2001) |
| 04/27/2001 | | Jury trial as to Ramon Escobedo Jr set at 9:00 6/18/01 for Ramon Escobedo Jr (mjw) (Entered: 04/30/2001) |
| 04/27/2001 | | (Court only) **Location LC as to Ramon Escobedo Jr (mjw) (Entered: 04/30/2001) |
| 04/27/2001 | 16 | Minute entry as to Ramon Escobedo Jr:ARRAIGNMENT; Held before Judge John McBryde Court Reporter: Eileen Brewer AUS Worley and Curtis Glover (R) present. Held on Count 1. Defense waived reading of Indictment. NSG. Dft enters plea of not guilty. Trial set for 6.18.01 at 9:00am. Pretrial motions due 5.14.01. Discovery motions/govt responses due 5.17.01. Dft remanded to custody. (1pg) (mjw) (Entered: 04/30/2001) |
| 04/27/2001 | 17 | PRETRIAL SCHEDULING ORDER as to Ramon Escobedo Jr setting Jury Trial for 9:00 6/18/01 for Ramon Escobedo Jr ; Pretrial Materials 5/14/01 cc: 4.30.01 Page(s): 4 ( Signed by Judge John McBryde ) (mjw) (Entered: 04/30/2001) |
| 05/22/2001 | 18 | ORDER as to Ramon Escobedo Jr Rearraignment set for 10:30 5/25/01 for Ramon Escobedo Jr cc: all Page(s): 1 ( Signed by Judge John McBryde ) (wrb) (Entered: 05/22/2001) |
| 05/24/2001 | 19 | ORDER as to Ramon Escobedo Jr Rearraignment set for 10:30 6/1/01 for Ramon Escobedo Jr cc: 5/24/01 Page(s): 1 ( Signed by Judge John McBryde ) (dld) (Entered: 05/24/2001) |

| | | |
|---|---|---|
| 06/01/2001 | | Rearraignment HELD; PLEA OF GUILTY by Ramon Escobedo (1) count(s) 1 ;Dft(s) informed of rights; Court Accepts Plea; (pdm) (Entered: 06/01/2001) |
| 06/01/2001 | 20 | Minute entry as to Ramon Escobedo Jr: Rearraignment Held before Judge John McBryde Court Reporter: Eileen Brewer AUSA Worley, Deft's retd. atty. Curtis Glover present; Deft pleads guilty to Ct. 1; sentencing set 8/31/01 at 9 am; PSI due 7/9/01; Court's exhibit 1 admitted (1) (pdm) (Entered: 06/01/2001) |
| 06/01/2001 | 21 | Factual Resume as to Ramon Escobedo Jr (3) (pdm) (Entered: 06/01/2001) |
| 06/01/2001 | 22 | Plea Agreement as to Ramon Escobedo Jr (5) (pdm) (Entered: 06/01/2001) |
| 06/01/2001 | 23 | SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING) as to Ramon Escobedo Jr PSI due by noon on 4:30 7/9/01 for Ramon Escobedo Jr ; Objections to PSI due by noon on 4:30 7/23/01 for Ramon Escobedo Jr ; PSI Addendum due by 4:30 8/6/01 for Ramon Escobedo Jr ; Objections to PSI Addendum due by 4:30 8/13/01 for Ramon Escobedo Jr ; Sentencing set for 9:00 8/31/01 for Ramon Escobedo Jr ; cc: all Page(s): 3 ( Signed by Judge John McBryde ) (pdm) (Entered: 06/01/2001) |
| 08/31/2001 | | Sentencing held Ramon Escobedo (1) count(s) 1 (mjw) (Entered: 08/31/2001) |
| 08/31/2001 | | (Court only) **Location LC as to Ramon Escobedo Jr (mjw) (Entered: 08/31/2001) |
| 08/31/2001 | 24 | Minute entry as to Ramon Escobedo Jr:SENTENCING; Held before Judge John McBryde Court Reporter: Eileen Brewer AUSA Worley and Curtis Glover (R) present. Objections to PSI heard. NSG. Committed to BOP 66 months. S/R 4 yrs. MSA $100.00. No fine. Dft advised of right to appeal. Dft remanded to custody. (1pg) (mjw) (Entered: 08/31/2001) |
| 08/31/2001 | 25 | NOTICE of Right to Appeal Conviction and Sentence Imposed After Plea of Guilty as to Ramon Escobedo Jr (1pg) (mjw) (Entered: 08/31/2001) |
| 09/05/2001 | 26 | JUDGMENT Ramon Escobedo (1) count(s) 1. Deft is committed to the custody of the USBOP for a term of 66 months; The court recommends that deft be allowed to participate in the 500 hour Comprehensive Substance Abuse Treatment Program; deft is remanded to the custody of the USM; S/R 4yrs; MSA $100. (5pgs) ( Signed by Judge John McBryde ) (fba) (Entered: 09/06/2001) |
| 09/05/2001 | | (Court only) **Termination of party Ramon Escobedo pending deadlines and pending motions as to Ramon Escobedo Jr (fba) (Entered: 09/06/2001) |
| 09/05/2001 | | (Court only) **Case closed as to all defendants: Ramon Escobedo Jr (fba) (Entered: 09/06/2001) |
| 09/10/2001 | 27 | NOTICE OF APPEAL by pro se defendant Ramon Escobedo (1) count(s) 1 Appealing Judgment of 9.5.01; fee is due; TO mailed, hearings held only, |

| | | |
|---|---|---|
| | | Eileen Brewer-court reporter; Cys to judge, AUSA, PT, Prob, USMS, Mag (1pg) (mjw) Modified on 09/12/2001 (Entered: 09/12/2001) |
| 09/12/2001 | | Notice of appeal and certified copy of docket as to Ramon Escobedo Jr to USCA: [27-1] appeal (dld) (Entered: 09/12/2001) |
| 09/12/2001 | | (Court only) **Address labels only (dld) (Entered: 09/12/2001) |
| 09/20/2001 | 28 | Transcript requested in appeal as to Ramon Escobedo Jr [27-1] appeal Transcript due 10/22/01 for Ramon Escobedo Jr Preliminary and Detention hearing of 3.30.01; Arraignment of 4.27.01; Rearraignment of 6.1.01; Sentencing of 8.31.01. (1pg) (mjw) (Entered: 09/21/2001) |
| 09/20/2001 | 29 | MOTION by Ramon Escobedo Jr for appointment of counsel (4pg) (mjw) (Entered: 09/21/2001) |
| 09/20/2001 | 30 | MOTION by Ramon Escobedo Jr that court transcripts be prepared at govt's expense (3pg) (mjw) (Entered: 09/21/2001) |
| 09/20/2001 | 31 | Certificate of Trust Account Filed by plaintiff USA TDCJ #: 26939-177 (3pg) (mjw) (Entered: 09/21/2001) |
| 09/20/2001 | 32 | MOTION by Ramon Escobedo Jr to proceed in forma pauperis (2pg) (mjw) (Entered: 09/21/2001) |
| 09/20/2001 | 33 | ORDER as to Ramon Escobedo Jr striking [32-1] motion to proceed in forma pauperis as to Ramon Escobedo (1), striking [30-1] motion that court transcripts be prepared at govt's expense as to Ramon Escobedo (1), striking [29-1] motion for appointment of counsel as to Ramon Escobedo (1) cc: 9.21.01 Page(s): 1 ( Signed by Judge John McBryde ) (mjw) (Entered: 09/21/2001) |
| 09/24/2001 | | USCA Case Number as to Ramon Escobedo Jr Re: [27-1] appeal USCA NUMBER: 01-11172 (dld) (Entered: 09/24/2001) |
| 10/02/2001 | 34 | MOTION by Ramon Escobedo Jr for Curtis Glover to withdraw as attorney (2pg) (mjw) (Entered: 10/02/2001) |
| 10/03/2001 | 35 | ORDER as to Ramon Escobedo Jr granting [34-1] motion for Curtis Glover to withdraw as attorney (Terminated attorney Curtis D Glover for Ramon Escobedo as to Ramon Escobedo (1) ...By Oct 10, 2001 Glover deliver a copy of this order to Escobedo and file with the Clerk a document giving the current address and telephone number of Escobedo... cc: 10/3/01 Page(s): 1 ( Signed by Judge John McBryde ) (dld) (Entered: 10/03/2001) |
| 10/11/2001 | | Received correspondence from Atty Glover re: defendant's address: Ramon Escobedo, Jr., #26939-177, FCI La Tuna, 8500 Doniphan, PO Box 1000, Anthony, New Mexico, TX 88021 (dld) (Entered: 11/26/2001) |
| 10/23/2001 | | USCA appeal fees received $ 105.00 as to Ramon Escobedo Jr Re: [27-1] appeal ($100.00- receipt # 38503, $5.00 - receipt # 38502 ) (dld) (Entered: 10/24/2001) |

| 11/26/2001 | 36 | JUDGMENT OF USCA (certified copy) as to Ramon Escobedo Jr Re: USCA# 01-11172, [27-1] appeal dismissed for want of prosecution...appellant failed to timely make financial arrangements with court reporter ...judgment issued as the mandate (1 pg) (dld) Modified on 11/26/2001 (Entered: 11/26/2001) |
|---|---|---|
| 11/26/2001 | | (Court only) **Remove appeal flag - no further appeals pending (dld) (Entered: 11/26/2001) |
| 11/26/2001 | | (Court only) **Procedural Interval start P6 as to Ramon Escobedo (1) count(s) 1 (dld) (Entered: 11/26/2001) |
| 11/07/2002 | | (Court only) Acknowledgement of exhibits signed for 11.4.02 as to Ramon Escobedo Jr (mjw) (Entered: 11/08/2002) |