# United States District Court
## Northern District of Texas

**Karen Mitchell**
**Clerk of Court**

501 W. Tenth St. Room 310
Fort Worth, TX 76102

September 10, 2007

*FILED*
*SEP 17 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

Clerk, U. S. District Court
San Jose Divisional Office
2112 Robert F. Peckham Federal
 Building and U. S. Courthouse
280 South First Street
San Jose, CA 95113-3002

RE:   4:01-CR-077-A (01) USA vs. Ramon Escobedo, Jr.
      Your #0971/5:07CR00546-01
      Transfer of Jurisdiction filed NDTX September 10, 2007

Dear Clerk:

   Pursuant to the Transfer of Jurisdiction filed in our Court on September 10, 2007, in the above styled and numbered case, please find a copies of:

   1)   Transfer of Jurisdiction; and
   2)   Payment History.   — To SF - Financial Unit 9/17/7

   If you have additional questions, please call me, Mary S. Ramos at 817-850-6610.

                              Sincerely,
                              KAREN MITCHELL

                              By: *Mary S. Ramos*
                              Mary S. Ramos
                              Financial Specialist

cc:   U.S. Attorney's Office, FLU

| PROB 22 (TXN Rev. 5/05) | | | CASE NUMBER(TRANS.COURT) 4:01-CR-077-A(01) |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | CASE NUMBER (REC.COURT) 0971/5:07CR00546-01 |
| NAME OF PROBATIONER/SUPERVISED RELEASEE Ramon Escobedo, Jr. | DISTRICT Northern District of Texas | | DIVISION Fort Worth |
| | NAME OF SENTENCING JUDGE U.S. District Judge John McBryde | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/26/06 | TO 1/25/10 |

OFFENSE
21 USC § 841(a)(1) & (b)(1)(B), Possession With Intent to Distribute More Than 100 Kilograms of a Mixture and Substance Containing, a Schedule I Controlled Substance

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **TEXAS**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/3/07
Date

U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF **CALIFORNIA, SAN JOSE DIVISION**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 10 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

9/14/07
Date Signed

Ronald M. Whyte
U.S. District Judge