# UNITED STATES DISTRICT COURT FILED
for
## NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

SEP 2 7 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Petition for Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | Ramon Escobedo, Jr. | Docket No.: | CR 07-00546 JF |

Name of Sentencing Judge:   John McBryde
                            United States District Judge

Date of Original Sentence:   August 31, 2001

Original Offense:
Count One: 21 USC § 841 (a)(1) & (b)(1)(B), Possession With Intent to Distribute More Than 100 Kilograms of a Mixture And Substance Containing Marijuana

Original Sentence: 66 months custody BOP, 4 years supervised release
Special Conditions: no new law violations, not possess controlled substances, substance abuse treatment and no drug use.

On August 14, 2007, jurisdiction was transferred from Northern District of Texas to the Northern District of California.

Type of Supervision: Supervised Release      Date Supervision Commenced: January 26, 2007
Assistant U.S. Attorney: J. Michael Worley     Defense Counsel: Curtis D. Glover(Retained)

**Petitioning the Court**

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge Richard Seeborg for identification of counsel and setting of further proceedings on October 4, 2007 at 9:30 a.m.

I, Jose Martinez, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 03/23/05

Ramon Escobedo, Jr.                                                                                    Page 2
CR07-00546 JF

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number one which states that the defendant shall not commit another federal, state, or local crime. |

> On March 10, 2007, the Los Banos Police Department arrested the offender after he grabbed his wife by the shirt and pushed her against the wall. The offender was under the influence of alcohol and was intoxicated at the time of the assault on his wife. He was charged with domestic violence.
>
> On July 9, 2007, the offender pled guilty and was placed on Domestic Diversion by the Merced County Superior Court in Los Banos, California, under docket number LB85093. He is required to complete a certified batterers program and attend 15 Alcoholic Anonymous (AA) meetings.
>
> Evidence of the violation can be found in court records maintained in Merced County Superior Court under docket number LB85093. Further evidence can be found in Los Banos Police report number 200704735.

| | |
|---|---|
| Two | There is probable cause to believe that the offender violated special condition number one which states that the defendant shall not commit another federal, state, or local crime. |

> On July 27, 2007, the Los Banos Police Department arrested the offender for Assault and Battery and Drunk Driving. The police report indicates that the offender pushed a male victim and the two began to wrestle. The victim reported that he applied a "headlock" on the offender and later the two were separated by neighbors in the area.
>
> The offender drove away from the area and was later stopped by police. At the time of vehicle stop, officers noted a strong odor of alcohol on the offenders breath. The offender was found to have a blood alcohol percent of .22 and .24.
>
> The offender posted bail and was given a notice to appear before the Merced County Superior Court on September 24, 2007 at 8:00 a.m.
>
> Evidence of the violation can be found in Los Banos Police Department police report number 200715661.

Ramon Escobedo, Jr.                                                                               Page 3
CR07-00546 JF

| | |
|---|---|
| Three | There is probable cause to believe that the offender violated special condition number three which states that the offender shall abstain from the use of alcohol and all other intoxicants during and after completion of treatment. |
| | On March 10, 2007, and July 27, 2007, the offender was alleged to be under the influence of alcohol at the time of his arrest in charges one and two. |
| | Evidence of this violation can be found in the Los Banos Police crime reports number 200704735 and number 200715661. |
| Address of offender: | 111 North 12th Street, # 5<br>San Jose, CA 95112 |

Based on the foregoing, there is probable cause to believe that Ramon Escobedo, Jr. violated the conditions of supervision.

Respectfully submitted,

_____
Jose Martinez
U.S. Probation Officer
Date Signed: September 18, 2007

Approved as to form:

_____
Susan Portillo
Supervisory U.S. Probation Officer

Ramon Escobedo, Jr.  Page 4
CR07-00546 JF

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before the duty Magistrate Judge Richard Seeborg for identification of counsel and setting of revocation proceedings on October 4, 2007 at 9:30am.
☐ Other:

_9/27/07_
Date

Jeremy Fogel
United States District Judge