UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Hearing Re Revocation of Supervised Release, November 9, 2007
**Case Number:** CR-07-00546-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   UNITED STATES OF AMERICA V. RAMON ESCOBEDO, JR.

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Ramon Escobedo, Jr. |
| Attorneys Present: Susan Knight | Attorneys Present: Cynthia Lie |

PROCEEDINGS:
  Revocation hearing held. Counsel, Probation Officer Joe Martinez and defendant are present. Continued to 12/5/07 at 9:00 a.m. for further hearing.