## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Final Hearing re Revocation of Supervised Release, December 5, 2007
**Case Number:** CR-07-00546-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

**TITLE:**     UNITED STATES OF AMERICA V. RAMON ESCOBEDO, JR.

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Ramon Escobedo, Jr. |
| Attorneys Present: Joseph Fazioli | Attorneys Present: Nick Humy |

PROCEEDINGS:

Final hearing re revocation of supervised release held. Counsel, Probation Officer Jose Martinez and defendant are present. Defendant admits Charges 1 and 2 of the Petition. Defendant shall remain on supervised release under the original terms and conditions, which are modified to include 4 months of home confinement with electronic monitoring. The remaining charges are dismissed.